```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 19094
    GERALD R CERNY JR
    MICHELLE L CERNY                            CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
    SSN XXX-XX-0713    SSN XXX-XX-4750
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/12/05 and confirmed on 08/11/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 21431.21 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WACHOVIA BANK | CURRENT MORTG | .00 | .00 | .00 |
| DAIMLER CHRYSLER FINANCI | SECURED | .00 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 6087.61 | .00 | 1204.49 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11452.71 | .00 | 2266.03 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5455.25 | .00 | 1079.37 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 14381.96 | .00 | 2845.61 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 14995.66 | .00 | 2967.03 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 7007.02 | .00 | 1386.41 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1945.83 | .00 | 385.00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 469.29 | .00 | 92.85 |
| ROUNDUP FUNDING LLC | UNSECURED | 11157.35 | .00 | 2207.59 |
| KOHLS | UNSECURED | 2472.65 | .00 | 489.24 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6459.71 | .00 | 1278.11 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 424.43 | .00 | 83.98 |
| WORLD FINANCIAL NETWORK | UNSECURED | 362.55 | .00 | 71.73 |
| JOHN DEERE CREDIT | NOTICE ONLY | .00 | .00 | .00 |
| WACHOVIA BANK | MORTGAGE ARRE | 2128.62 | .00 | 2128.62 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 2128.62 | .00 | 82672.02 | .00 | 84800.64 |
| PRINCIPAL PAID | 2128.62 | .00 | 16357.44 | .00 | 18486.06 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 2128.62 | .00 | 16357.44 | .00 | 18486.06 |

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $   2500.00 and was paid $    500.00  direct and $   2000.00  through the plan.

The Trustee received $     945.15 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/08/08                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE